IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHELDON DROBNY | ) | |
| In the Right of and for the Benefit of | ) | |
| Xformity Technologies, Inc. | ) | Case No. 13cv926 |
| Plaintiff, | ) | |
| v. | ) | Judge Joan H. Lefkoe |
| | ) | |
| Chris Ball, C. Drew Seale, Michael Shahsavari, | ) | |
| Kenneth Johnson, and Farzin Ferdowsi, | ) | |
| | ) | |
| Defendants, | ) | |
| and | ) | |
| | ) | |
| Xformity Technologies, Inc. | ) | |
| | ) | |
| Nominal Defendant | ) | |

## MOTION TO WITHDRAW COMPLAINT

Sheldon Drobny hereby moves to withdraw, without prejudice, his February 5, 2013 Complaint.

The parties have come to a preliminary agreement on their disputes.

Respectfully submitted,

_____ /s/_____
Sheldon Drobny, pro se

2005 Keats Lane
Highland Park, IL 60035
TEL: 847-579-0770